UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Chapter 7

LaJeff Lee-Percy Woodberry,  Case No. 18-46856

    Debtor.  Hon. Phillip J. Shefferly

_____/

### ORDER DENYING DEBTOR'S MOTION TO CONVERT CASE TO CHAPTER 13

On August 21, 2019, the Court issued an Opinion Denying Debtor's Motion to Convert Case to Chapter 13 ("Opinion") (ECF No. 89). For the reasons set forth in the Opinion, all of which are incorporated herein,

**IT IS HEREBY ORDERED** that the Motion to Convert Case to Chapter 13 is denied.

**Signed on August 21, 2019**



/s/ Phillip J. Shefferly
Phillip J. Shefferly
United States Bankruptcy Judge