UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

LaJeff Lee-Percy Woodberry,　　　　　　　Case No. 18-46856-jad
　　　　　　　　　　　　　　　　　　　　Chapter 7
　　Debtor.　　　　　　　　　　　　　　Hon. Joel D. Applebaum
_____/

# ORDER GRANTING THE TRUSTEE'S MOTION TO APPROVE COMPROMISE AND FOR SALE OF REAL PROPERTY

This matter is before the Court on the Trustee's Motion to Approve Compromise and for Sale of Real Property (the "Motion"). For the reasons set forth in the Court's Opinion Granting the Trustee's Motion of even date,

IT IS HEREBY ORDERED that the Motion is GRANTED.

**Signed on May 10, 2021**



/s/ Joel D. Applebaum
**Joel D. Applebaum**
**United States Bankruptcy Judge**

1