UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

LaJeff Lee-Percy Woodberry,　　　　　　　Case No. 18-46856-jad
　　　　　　　　　　　　　　　　　　　　Chapter 7
　　Debtor.　　　　　　　　　　　　　　 Hon. Joel D. Applebaum
_____/

# ORDER GRANTING C&W FINANCIAL CONSULTING'S FIRST AND FINAL FEE APPLICATION FOR THE PERIOD NOVEMBER 12, 2020 THROUGH NOVEMBER 18, 2020

This matter is before the Court on C&W Financial Consulting's First And Final Fee Application For The Period November 12, 2020 Through November 18, 2020. For the reasons set forth in the Court's opinion granting C&W Financial's fees of even date,

IT IS HEREBY ORDERED that C&W Financial's First and Final Fee Application is GRANTED.

**Signed on July 23, 2021**



/s/ Joel D. Applebaum
**Joel D. Applebaum**
**United States Bankruptcy Judge**